**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

James Wymer ,

(Enter full name of Plaintiff(s))

VS.

SHERIFF Mike Wood

CASE NO: 4:16 CV 152
(To be assigned by Clerk)
MW-CAS

,

,

,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 0314 16 UsDcFln4AM0806

## I.  PLAINTIFF:

State your <u>full name</u> and full mailing address in the lines below.

Name of Plaintiff: James Wymer

Mailing address: 2207 S Meridian St
#206
Tallahassee, FL 32301

## II.  DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1)  Defendant's name: ~~SHERIFF~~ Mike Wood

Official position: SHERIFF

Employed at: Leon County

Mailing address: 2825 Municipal Way
Tallahassee, FL 32304

(2)  Defendant's name: Jeff last name refused   weekdays

Official position: Duddy sheriff for Leon County

Employed at: AT LIBRARY / Leon County sheriff

Mailing address: 2825 Municipal Way
Tallahassee, FL 32304

(3)  Defendant's name: Marvin last name refused   weekends

Official position: AT LIBRARY / Leon County sheriff

Employed at: Duddy sheriff

Mailing address: 2825 Municipal Way
Tallahassee, FL 32304

(4)  Defendant's name: _____

Official position: _____

Employed at: _____

Mailing address: _____
_____

## <u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

2

## III.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

The sheriff department has engage in a Criminal Conspiracy to harass and intimidate. I have pictures to prove this evel intent of different officer who will not show their faces or give their names. The officers in makes/unmarkes cars follow me, sit around my place I live.

I was in a white neighborhood and I seen only one or two officers a month. I been here for a month in half. I see officer everytime I walk 100% of the time. all it isnt because of the Clyne because, it is nothing going on over there at all.

The sheriff dept is part of this Conspiracy by using intimidation on a US Citizen. By showing up to every place without someone calling them for acting or sitting in private/park alot for no reason. These are not coincidence. This is against my rights to a freedom of speech and the disability act.

They gave the premission to mess with my Computer in the library, records, many mice changes shrene while in used.

## IV.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated.  Be specific.  Number each separate claim and relate it to the facts alleged in Section III.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Title 18 USC section 241

I am a person with disability, I fall under the Disability Act. for any reason.

AMENDMENT XVII

OF 1990, AS AMENDED

Article III section

under the executive order of the president of the United State

## V.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

I want the county to pay me.

$500,000,000.00

federal tort claim acts

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3/14/2016
(Date)

_____
(Signature of Plaintiff)

Revised 07/02

4