# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAMES WYMER,**

    Plaintiff,

VS.                                                  Case No. 4:16cv152-MW/CAS

**SHERIFF MIKE WOOD, et al.,**

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

    Plaintiff's complaint, ECF No. 1, has been reviewed. Although Plaintiff names three Defendants in Section II of the complaint form, ECF No. 1 at 2, Plaintiff does not present any factual allegations against those three Defendants. Instead, Plaintiff's complaint generally alleges that he suspects the Sheriff's Office has engaged in a conspiracy to "harass and intimidate" him. *Id.* at 3. Plaintiff alleges that he sees officers every time

he goes for a walk.  He contends that someone must be calling the Sheriff's Office because they "show up to every place" and sit in parking lots "for no reason."  *Id.*  Plaintiff says that is "not [a] coincidence."  *Id.*

Plaintiff's complaint does not allege the violation of any federal constitutional right.  Plaintiff also does not allege sufficient facts to demonstrate a conspiracy under 18 U.S.C. § 241 because there is no private right of action under that criminal statute.  <u>Payne v. Allen</u>, No. 2:08-CV-0296-WKW, 2008 WL 2326327, at *2 (M.D. Ala. June 3, 2008).  Because the allegations of Plaintiff's complaint are fanciful and frivolous, further leave to amend is not required.  This case should be dismissed.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and one more case on March 25, 2016.

Case No. 4:16cv152-MW/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** as frivolous and because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

      s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.